# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jose Armando Cruz-Gutierrez<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14MJ-00210<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of  **DEFENDANT**  , IT IS ORDERED that a detention hearing is set for  **TUESDAY, MAY 27, 2014**  ,        , at  **3:00**   ☐ a.m. / ☒ p.m. before the Honorable  **SHERI PYM**  , in Courtroom  **4 - 3rd FLOOR**  .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated:  **May 22, 2014**         **Sheri Pym**
                                United States Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1